COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  |  |  |
|---|---|---|
| | § | |
| BILL GRANT | | No. 08-13-00087-CR |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | County Criminal Court No. 4 |
| | § | |
| THE STATE OF TEXAS, | | of El Paso County, Texas |
| | § | |
| State. | | (TC# 20100C08307) |
| | § | |

# **O R D E R**

Pending before the Court is a motion to withdraw as counsel by Appellant's retained attorney, which the trial court granted on April 3, 2013. However, the motion does not comply with Texas Rule of Appellate Procedure 6.5 in the following respects:

1) it does not contain a list of the current deadlines and settings on appeal (in particular, it does not advise Appellant of the deadline for responding to the Clerk's notice dated April 4, 2013 regarding the certification of the right to appeal);

2) it does not contain the Appellant's last known address;

3) it does not contain a statement that the Appellant was notified in writing of the right to object to the motion; and

1

4) it does not reflect that it was delivered to Appellant in person or mailed by both first-class and certified mail.

*See* TEX. R. APP. P. 6.5(b).

It is therefore ORDERED that the motion to withdraw is denied without prejudice to the filing of an amended motion that cures these defects.

IT IS SO ORDERED this 15th day of May, 2013.


PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.